1  DANIEL G. BOGDEN
   United States Attorney
2  ERIC JOHNSON
   Chief, Criminal Division
3  Assistant United States Attorney
   333 Las Vegas Boulevard, South, Suite 5000
4  Las Vegas, NV 89101

5

                    **UNITED STATES DISTRICT COURT**
6                        **DISTRICT OF NEVADA**

7

   UNITED STATES OF AMERICA,          )    Case No.  2:13-cr-00120-APG-GWF
8                                      )
              Plaintiff,               )
9                                      )    MOTION UNDER LR IA 10.3 FOR
              v.                       )    DEPARTMENT OF JUSTICE TRIAL
10                                     )    ATTORNEY TO APPEAR IN THIS COURT
   MICHAEL SAN CLEMENTE, *et al.*      )    ON BEHALF OF THE UNITED STATES
11                                     )
              Defendants.              )
12                                     )
   _____ )
13

14        The United States of America, by and through Daniel G. Bogden, United States Attorney,

15 and Eric Johnson, Chief, Criminal Division, Assistant United Sates Attorney, respectfully moves

16 that United States Department of Justice Criminal Division Trial Attorney Jonathan A. Ophardt

17 be permitted to appear in this Court in the above captioned case under LR IA 10.3.  Mr. Ophardt

18 is a member in good standing of the highest court of the State of North Carolina.  In addition,

19 Mr. Ophardt is employed by the United States as an attorney,

20 . . .

21 . . .

22 . . .

23 . . .

                                        1

1   and in the course and scope of his employment, has occasion to appear in this Court on behalf of

2   the United States.

3          Dated this 10th day of September, 2013

4                                            DANIEL G. BOGDEN
                                           United States Attorney

5

6                                          /s/Eric Johnson
                                         _____

7                                          ERIC JOHNSON
                                         Chief, Criminal Division

8                                          Assistant United States Attorney

9

10        IT IS SO ORDERED

11

12                                          GEORGE FOLEY, JR.

13                                          United States Magistrate Judge

14                                          DATED:   September 13, 2013

15

16

17

18

19

20

21

22

23