# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>MICHAEL SANCLEMENTE,<br><br>    Defendant | Case No.: 2:13-cr-00120-APG-GWF<br><br>**Order**<br><br>[ECF No. 258] |

Defendant Michael Sanclemente filed a letter, which I will treat as a motion, seeking to reduce or eliminate the amount of restitution I ordered him to pay. ECF No. 258. The Government has not responded. I hereby order the Government to file a response to the motion, if it has any, by December 18, 2020.

DATED this 4th day of December, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE