**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>MICHAEL SANCLEMENTE,<br><br>    Defendant | Case No.: 2:13-cr-00120-APG-GWF<br><br>**Order Denying Request to Reduce Restitution Amount**<br><br>[ECF No. 258] |

Defendant Michael Sanclemente filed a letter, which I treat as a motion, seeking to reduce or eliminate the amount of restitution I ordered him to pay. ECF No. 258. The Government opposes.

In his plea agreement with the Government, Mr. Sanclemente "specifically admit[ted] that, directly or indirectly as a result of his criminal violations, he owes the joint-and-several restitution amount of at least $50,575,123.45." ECF No. 96 at 6. He now regrets that admission and believes that "almost everyone [sentenced after him] got no restitution payments or their amounts were" significantly lower. *Id.* at 1. He is incorrect. Almost every defendant sentenced as part of the Carder.su conspiracy was ordered to pay restitution in an amount comparable to the amount Mr. Sanclemente is required to pay. And I was required by law to award restitution under the Mandatory Victims Restitution Act, 18 U.S.C. § 3663A(c)(1)(A)(ii).

I THEREFORE deny Mr. Sanclemente's motion to reduce the restitution amount (ECF No. 258).

DATED this 5th day of January, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE