# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>MICHAEL SAN CLEMENTE,<br><br>    Defendant | Case No.: 2:13-cr-00120-APG-GWF<br><br>**Order**<br><br>[ECF Nos. 272, 274, 275] |

I ORDER the clerk of court to **seal ECF Nos. 274 and 275** because they contain personally identifying information.

I FURTHER ORDER that defendant Michael San Clemente's motions related to garnishment **(ECF No. 272, 274, 275) are DENIED** without prejudice to San Clemente filing the motions through his counsel. *See* ECF No. 263 (notice of appearance by Terrence Jackson); LR IA 11-6(a) ("Unless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney.").

DATED this 10th day of March, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE