CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Summer.Johnson@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Judgment Creditor,<br><br>    v.<br><br>MICHAEL SAN CLEMENTE,<br><br>    Judgment Debtor,<br><br>and<br><br>NAGELBUSH MECHANICAL INC, and its Successors or Assigns,<br><br>    Garnishee. | Case No.: 2:13-cr-00120-APG-GWF<br><br>**ORDER TO DISSOLVE WRIT OF CONTINUING GARNISHMENT** |

This matter is before the Court on the motion of the United States to Dissolve the Writ of Continuing Garnishment directed to Nagelbush Mechanical Inc, and its successor or assigns, at 15901 Olden Street, Sylmar, CA 91342.

WHEREAS a joint stipulation for an installment payment order has been filed in this case between the United States and SAN CLEMENTE. As a result, the Writ of Continuing Garnishment is no longer necessary.

/ / /

/ / /

/ / /

4

1     IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Writ of Continuing Garnishment issued to Nagelbush Mechanical Inc, and its successor or assigns, on February 26, 2021 is hereby dissolved. Any funds currently held by the Garnishee shall be paid or released to Defendant, Michael San Clemente.

Dated: May 7, 2021

_____
UNITED STATES DISTRICT JUDGE